Dismissed and Memorandum Opinion filed March 22, 2007








Dismissed
and Memorandum Opinion filed March 22, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00182-CR

____________

 

ROMERO SIMPSON,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
338th District Court

Harris County, Texas

Trial Court Cause No. 666200

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was found guilty of the offense of indecency with a child and was sentenced to
eight years= incarceration, with the sentence probated.  On April 29, 1999, the trial
court revoked appellant=s probation and sentenced him to seven years= imprisonment in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant appealed this
sentence, his conviction was affirmed, and petition for discretionary review
was refused.  See No. 14-99-00625-CR; 2000 WL 1472720 (Tex. App.BHouston [14th Dist.] 2000, pet. ref=d).  On December 16, 2005, and on
October 3, 2006, appellant filed pro se Aout-of-time@ notices of appeal in this cause
number.  We dismiss the appeal.  








Appellant
has already appealed this conviction and mandate has issued.  Appellant is not
entitled to a second appeal of this conviction.  Accordingly, we dismiss the
appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed March
22, 2007.

Panel consists of Justices Yates, Anderson, and
Hudson.

Do Not Publish C Tex. R. App. P.
47.2(b)